No. 71–5155.  RIGDON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 70–152.  MINNEAPOLIS FEDERATION OF TEACHERS, LOCAL No. 59 *v.* SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL.  Sup. Ct. Minn.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–132.  MOTOR CITY METAL TREATING, INC. *v.* KOLENE CORP. ET AL.  C. A. 6th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5014.  ORTEGA-MOJARO *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5050.  AUTRY *v.* WILEY ET AL.  C. A. 1st Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5101.  WARREN *v.* GOVERNMENT NATIONAL MORTGAGE ASSN. ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5149.  PERCY *v.* SOUTH DAKOTA ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.